**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ELVIRA PENALOZA MERCADO,<br><br>                                    Petitioner,<br><br>    v.<br><br>Director, Otay Mesa Detention Center; Secretary of the Department of Homeland Security; Director of U.S. Immigration and Customs Enforcement,<br><br>                                    Respondents. | Case No.:  26cv1168 DMS SBC<br><br>**ORDER GRANTING RESPONDENTS' MOTION TO CLARIFY ORDER GRANTING PETITION**<br><br>**[ECF No. 15]** |

This Court recently granted Petitioner's Petition for Writ of Habeas Corpus.  (*See* ECF No. 12.)  Specifically, the Court held:

> Respondents shall release Petitioner within 24 hours, and shall not re-detain Petitioner without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove that changed circumstances related to flight risk or danger warrant Petitioner's re-detention. Respondents are further **ORDERED** to file a Status Report within seven (7) days of the entry of this Order, confirming Petitioner has been released.

(*Id.*, at 6.)  Respondents released Petitioner, (ECF No. 14), then moved this Court to clarify "whether its order requiring a pre-deprivation hearing applies when Petitioner becomes

subject to a final order of removal." (ECF No. 15.) The Court **GRANTS** Petitioner's motion and clarifies that the Court's Order requiring a pre-deprivation hearing does not apply when Petitioner becomes subject to a final order of removal. Thus, Respondents shall not re-detain Petitioner during the pendency of her removal proceedings (until a final order of removal is issued) without first providing a bond hearing before a neutral decisionmaker at which Respondents must prove that changed circumstances related to flight risk or danger warrant Petitioner's re-detention.

**IT IS SO ORDERED.**

Dated: April 27, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv1168 DMS SBC